UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ZIMMERMAN, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01455-JLT-HBK (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO FILE NEW FULLY COMPLETED APPLICATION OR PAY FILING<br><br>TWENTY-ONE DAY DEADLINE<br><br>(Doc. No. 7) |

　　　　Plaintiff Jared Martin, who is detained in the Madera County Jail, commenced this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on November 10, 2022.  (Doc. No. 1).  On November 16, 2022, the Court directed Plaintiff to file an application to proceed *in forma pauperis* or pay the $402.00 filing fee within twenty-one days.  (Doc. No. 4).  Although Plaintiff timely filed an application to proceed *in forma pauperis* (Doc. No. 7), Plaintiff did not fully complete the application form.  Specifically, as required by 28 U.S.C. § 1915(b)(1), the application form requires an authorized official to complete the "Certificate" portion of the form certifying the balance, the average six-month balance, and average monthly deposits for the six-month period prior to the filing of the complaint in Plaintiff's inmate trust fund account.  (*See* Doc. No. 7 at 2).  Plaintiff did not complete the "Certificate" portion of his application form and asks the Court to accept it "as is." (*Id.*).  To obtain *in forma pauperis* status, the statute specially

requires an inmate to provide either a six-month statement reflecting these amounts or have a correctional official complete the Certification.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 7) is DENIED without prejudice to Plaintiff submitting a new fully completed application.

2. Within twenty-one (21) days of the date of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis* in its entirety with an authorized correctional official completing the "Certificate" section of the application, or by filing a prison trust account statement reflecting the 6 months of transactions preceding the filing of the complaint; or (2) pay the $402.00 filing fee for this action.

3. Absent good cause, the Court will not grant any motions for extension of time.

4. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or comply with the court's orders.

5. The Clerk of Court shall include a blank application to proceed *in forma pauperis* with this Order.

Dated:   January 3, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE