UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ZIMMERMAN, et al.,<br><br>Defendant. | Case No.  1:22-cv-01455-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 11) |

Jared Andrew Martine, who is proceeding pro se, was a pretrial detainee when he initiated this civil rights action. (*See generally* Doc. 1.) The assigned magistrate judge found Plaintiff failed to comply with a Court order and failed to prosecute this matter. (Doc. 11.) Specifically, Plaintiff violated Local Rule 183(b) by failing to keep the Court appraised of a current address. (*Id*.) Thus, the magistrate judge issued findings and recommendations, recommending that the action be dismissed without prejudice. (*Id*. at 2.)

The findings and recommendations were served upon Plaintiff at the address on record on May 15, 2023. It contained a notice that any objections were to be filed within 14 days. (*Id*. at 3.) In addition, Plaintiff was informed the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).) On May 30, 2023, the findings and recommendations were returned as undeliverable with the notion that they were

"[u]nable to forward."[1] To date, no objections have been filed and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendation are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on May 15, 2023 (Doc. 11) are **ADOPTED** in full.
2. This action is dismissed without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

---

[1] Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective. Local Rule 182(f).

2